KEVIN G. HORBATIUK (KGH-4977)
MATTHEW P. MAZZOLA (MM-7427)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------x

**IN RE COMBINED WORLD TRADE CENTER**
**AND LOWER MANHATTAN DISASTER SITE**
**LITIGATION**

**21 MC 102 (AKH)**

--------------------------------------------------------------------x

**EDIR GIRALDO,**

DOCKET NO.:
08 CV 2626

**Plaintiff,**

-against-

**100 CHURCH, LLC, AMBIENT GROUP, INC.,**
**BATTERY PARK CITY AUTHORITY, BOARD**
**OF EDUCATION OF THE CITY OF NEW YORK,**
**CUNNINGHAM DUCT CLEANING CO. INC.,**
**DEPARTMENT OF BUSINESS SERVICES**
**GPS ENVIRONMENTAL CONSULTANTS, INC.,**
**INDOOR ENVIRONMENTAL TECHNOLOGY**
**INC., LAW ENGINEERING P.C., MERRILL**
**LYNCH & CO., INC., NEW YORK CITY**
**SCHOOL CONSTRUCTION AUTHORITY,**
**NEW YORK TELEPHONE COMPANY, ROYAL**
**AND SUNALLIANCE INSURANCE GROUP,**
**PLC., TRC ENGINEERS, INC., TRIBECA**
**LANDING LLC., and ZAR REALTY**
**MANAGEMENT CORP., ET AL.**

NOTICE OF
ADOPTION OF
ANSWER TO
MASTER COMPLAINT

**Defendants.**

--------------------------------------------------------------------X

    **PLEASE TAKE NOTICE,** that defendant **CUNNINGHAM DUCT WORK s/h/i/a**

**CUNNINGHAM DUCT CLEANING CO., INC.** ("CUNNINGHAM"), by its attorneys, RUSSO,

KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by

Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

       **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 2, 2008

                    Kevin G. Horbatiuk
                    Kevin G. Horbatiuk (KGH4977)
                    Matthew P. Mazzola (MM7427)
                    Attorneys for Defendant
                    **CUNNINGHAM DUCT WORK s/h/i/a**
                    **CUNNINGHAM DUCT CLEANING CO., INC.**
                    RUSSO, KEANE & TONER, LLP
                    26 Broadway, 28th Floor
                    New York, New York 10004
                    (212) 482-0001
                    RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **EDIR GIRALDO**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 2nd day of May, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**EDIR GIRALDO**
115 Broadway 12th Floor
New York, New York 10006

**KEVIN G. HORBATIUK**