UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                      21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

EDIR GIRALDO,                                 08CV2626(AKH)

                          Plaintiff(s),          **NOTICE OF APPEARANCE**

      -against-

100 CHURCH LLC, et al.,

                          Defendants.

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         May 14, 2008

                                       Yours etc.,

                                       HARRIS BEACH PLLC
                                       *Attorneys for Defendant*
                                       **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.**

                                       _____/s/_____
                                       Stanley Goos, Esq. (SG-7062)
                                       100 Wall Street
                                       New York, NY  10005
                                       212 687-0100
                                       212 687-0659 (Fax)

## **CERTIFICATION AS TO SERVICE**

The undersigned certifies that on May 14, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. 100 Church and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp. Notice of Appearance

Dated: May 14, 2008

/s/
Stanley Goos, Esq. (SG 7062)