UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
-----------------------------------------------------------------X
EDIR GIRALDO,                           :    08-CV-02626-AKH
:
Plaintiff,     :
:    **APPEARANCE**
- against -                :
:    **ELECTRONICALLY FILED**
100 CHURCH, LLC, *et al.*,              :
:
Defendants.    :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York            DICKSTEIN SHAPIRO LLP
        June 26, 2008

                            By:    /s/ Judith R. Cohen
                                   _____
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.


DOCSNY-314116